UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| HOLLY HOEBRECKX, | : |
| Plaintiff, | : Civ. No. 11-5738 (KM) |
| v. | : |
| FIRST CREDIT SERVICES, INC., | : ORDER ON INFORMAL APPLICATION |
| Defendant. | : |

This matter having come before the Court for an in-person status conference held on the record on November 20, 2013;

and all parties agreeing that although written discovery has been completed, fact depositions have not yet been completed;

and all parties further agreeing that fact depositions should not occur until resolution of summary judgment motions pending before the Court;

and for the reasons set forth on the record on November 20, 2013;

and for good cause shown;

IT IS on this 20th day of November 2013,

ORDERED that fact discovery is hereby stayed pending resolution of Defendants' motion for summary judgment [ECF No. 24] and Plaintiff's application to amend the definition of the putative class; and it is further

ORDERED that within seven days of resolution of the motion, the parties shall so notify the Undersigned and seek to schedule a status conference in this matter.

*s/ Michael A. Hammer*
**United States Magistrate Judge**