| | |
|---|---|
| HOLLY HOEBRECKX<br><br>　　　　Plaintiff(s),<br><br>-vs-<br><br>FIRST CREDIT SERVICES, INC., et al<br><br>　　　　Defendant(s). | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Hon. Kevin McNulty<br>Civil Action No. 11-5738<br><br>**DISMISSAL ORDER** |

It having been reported to the Court that the above-captioned matter has been settled,

IT IS on this 14th day of January, 2014

**ORDERED THAT** this matter be and hereby is dismissed without costs and with prejudice, subject to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

_____
**HON. KEVIN MCNULTY**
**United States District Judge**

Orig.: Clerk of the Court
cc:    Hon. Michael A. Hammer, U.S.M.J.
       All Parties
       File